CARRIGAN EGHSIGIAN, Appellant, v. THE STANDARD OIL COMPANY OF NEW York and Another, Respondents.— Order reversed on the law and facts, with costs, and judgment of the City Court affirmed, with costs, on the ground that there was sufficient evidence to support the findings of the City Court. Van

Kirk, P. J., Davis, Whitmyer and Hill, JJ., concur; Hinman, J., dissents on the ground that plaintiff by his own testimony proved that he was not free from contributory negligence.